# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MATHEW | CASEY | SLADE |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | ASHLEY | MAY | SLADE |
| | First Name | Middle Name | Last Name |
| Case Number (If known) | 18-30312-SDB | | |

☐ Check if this is an amended plan.

## CHAPTER 13 PLAN AND MOTION

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

1. **Notices.** Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.

    (a) This plan: ☒ contains nonstandard provisions. See paragraph 15 below.
    ☐ does not contain nonstandard provisions.

    (b) This plan: ☒ values the claim(s) that secures collateral. See paragraph 4(f) below.
    ☐ does not value claim(s) that secures collateral.

    (c) This plan: ☒ seeks to avoid a lien or security interest. See paragraph 8 below.
    ☐ does not seek to avoid a lien or security interest.

2. **Plan Payments.**

    (a) The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of $**308.00** for the applicable commitment period of:

    ☒ 60 months; or

    ☐ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

    (If applicable include the following: These plan payments will change to $_____ monthly on _____, 20_____.)

    (b) The payments under paragraph 2(a) shall be paid:

    ☒ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

    ☒ Debtor 1 **100%** ☐ Debtor 2 _____ %

    ☐ Direct to the Trustee for the following reason(s):
    ☐ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.
    ☐ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s):

    (c) Additional Payments of $_____ (estimated amount) will be made on _____ (anticipated date)

from _____ (source, including income tax refunds).

3. **Long-Term Debt Payments.**

   (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal, interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

   | CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO BE MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
   |---|---|---|---|---|---|
   | The Merchants & Citizens Bank | House & Real Estate Located @ 190 Preston Spires Rd., Rhine, GA 31077 | Y | Debtor | December, 2018 | $474.00 |

   (b) **Cure of Arrearage on Long-Term Debt.** Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

   | CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
   |---|---|---|---|---|
   | | | | | |

4. **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:

   (a) **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

   (b) **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of $**4,500.00**.

   (c) **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d) **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

   | CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
   |---|---|---|---|---|

(e) **Secured Claims Excluded from 11 U.S.C. § 506 (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| | | | | |

(f) **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Sheffield Financial, LLC | 2014 Polaris Razor 4 Wheeler | $500.00 | 5.25% | $10.00 |
| United Consumer Financial Service | Rainbow Vacuum Cleaner | $1,000.00 | 5.25% | $19.00 |

(g) **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100%
☐ with interest at _____ % per annum or ☐ without interest:

(h) **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **0** % dividend or a pro rata share of **$9,474.90**, whichever is greater.

5. **Executory Contracts.**

   (a) **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/ REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTOR(S) |
|---|---|---|---|---|
| Lanier Equipment, L.L.C. | 2003 Tigercat 240B Log Loader | Rejected | $0.00 | Debtor |
| Lanier Equipment L.L.C. | John Deere 648G111 Single Arch Grapple Skidder | Rejected | $0.00 | Debtor |

   (b) **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
|---|---|

6. **Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; or ☒ To the Trustee.

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|---|---|
| Sheffield Financial, LLC | $5.00 |
| United Consumer Financial Service | $9.50 |

7. **Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

| CLAIMANT | ADDRESS |
|---|---|
| | |

8. **Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
|---|---|---|
| Wells Fargo Card Service | 18-CV-105 | Wages; Bank Accounts; Household Goods |

9. **Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| Nissan Motor Acceptance Corp. | 2015 Nissan Rogue | IN FULL |

10. **Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

11. **Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, objections to claims may be filed before or after confirmation.

12. **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes, after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

13. **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

14. **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

15. **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    **All secured creditors shall receive 5.25% interest on their claims unless otherwise indicated. Said provision applies to creditors with notice of the plan.**

By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.

Dated:   12/20/2018

s/ Mathew Casey Slade
*Debtor 1*

s/ Ashley May Slade
*Debtor 2*

s/ Michon D. Walker
*Attorney for the Debtor(s)*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: MATHEW CASEY SLADE      CHAPTER 13
       ASHLEY MAY SLADE     CASE NO. 18-30312-SDB
       DEBTOR(S)

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the Chapter 13 Plan and Motion by First Class Mail placing the same in the United States mail with proper postage affixed thereon to the following addresses:

See attached mailing matrix.

I hereby certify that I have served a copy of the Chapter 13 Plan and Motion on the following corporations addressed to an Agent or Officer by First Class Mail with proper postage affixed thereon to the following addresses:

Nissan Motor Acceptance Corp.
c/o Corporation Service Company
40 Technology Pkwy. South #300
Norcross, GA 30092

The Merchants & Citizens Bank
Attn: Jeff McGhee, Registered Agent
6 College Street
McRae-Helena, GA 31055

Sheffield Financial, LLC
Attn: Agent/Officer
P.O. Box 1704
Clemmons, NC 27012

United Consumer Financial Services
Attn: Agent/Officer
865 Bassett
Westlake, OH 44145

I hereby certify that the following parties and counsel were served electronically through the Notice of Electronic Filing (NEF) at the following address:

Chapter 13 Trustee, Huon Le

notices@chp13aug.org

This 20th day of December, 2018.

                                                s/Michon D. Walker

                                                _____

                                                Michon D. Walker
                                                Arthur L. Walker & Associates, LLC
                                                GA Bar No: 732413
                                                P.O. Box 64
                                                Sandersville, GA 31082
                                                (478) 552-0552
                                                walkmd@comcast.net

```
Label Matrix for local noticing          ATG Credit, LLC                         American Medical Collection Agency
113J-3                                   P.O. Box 14895                          4 Westchester Plaza, Building 4
Case 18-30312-SDB                        Chicago, IL 60614-8542                  Elmsford, NY 10523-1615
Southern District of Georgia
Dublin
Thu Dec 20 09:10:14 EST 2018

CBA of GA                                Caine & Weiner                          Credit Bureau Associates
P.O. Box 579                             1699 East Woodfield Road #360           321 Main Street
Milledgeville, GA 31059-0579             Schaumburg, IL 60173-4935               Tifton, GA 31794-4897


Creditors Bureau Associates of Georgia   Dublin Ear Nose Throat                  ENT Center of Central GA
112 Ward Street                          102 Fiarview Park Drive                 540 Hemlock Street
Macon, GA 31204-3147                     Dublin, GA 31021-2500                   P.O. Box 4508
                                                                                 Macon, GA 31208-4508


Fasttrack Immediate Care                 Fasttrack Immedicate Care               Financial Pacific Leasing
P.O. Box 16100                           P.O. Box 16100                          3455 S. 344th Way Ste. 300
Dublin, GA 31040-6100                    Dublin, GA 31040-6100                   Federal Way, WA 98001-9546


First Insurance Funding                  Franklin Collection Service             Franklin Collection Service, Inc.
P.O. Box 7000                            2978 W. Jackson Street                  P.O. Box 3910
Carol Stream, IL 60197-7000              Tapelo, MS 38801-6731                   Tupelo, MS 38803-3910


LCA Collections                          Lanier Equipment, L.L.C.                Lanier Equipment, L.L.C.
190 Preston Spires Rd.                   8958 Bill Savage Road                   Attn: Keith Reems, 8958 Bill Savage Rd
Rhine, GA 31077-1556                     Lula, GA 30554-2127                     Lula, GA 30554-2127


Huon Le                                  Lefkoff, Rakin, Gleason & Russo, PC     Nissan Motor Acceptance
P.O. Box 2127                            Attn: Attorney Adam S. Fusso            POB 660366
Augusta, GA 30903-2127                   5555 Glenridge Connector Suite 900      Dallas, TX 75266-0366
                                         Atlanta, GA 30342-4762


Nissan Motor Acceptance Corp.            Office of the U. S. Trustee             Pawnee Leasing Corporation
c/o Corporation Service Company          Johnson Square Business Center          3801 Automation Way Suite 207
40 Technology Pkwy. South #300           2 East Bryan Street, Ste 725            Fort Collins, CO 80525-5735
Norcross, GA 30092-2924                  Savannah, GA 31401-2638


Quest Diagnostics                        Sheffield Financial                     Sheffield Financial, LLC
P.O. Box 740777                          PO Box 1847                             Attn: Agent/Officer
Cincinnati, OH 45274-0777                Wilson, NC 27894-1847                   P.O. Box 1704
                                                                                 Clemmons, NC 27012-1704


Sheffield Financial, LLC                 Ashley May Slade                        Mathew Casey Slade
P.O. Box 660366                          190 Preston Spires Rd.                  190 Preston Spires Rd.
Dallas, TX 75266-0366                    Rhine, GA 31077-1556                    Rhine, GA 31077-1556
```

Southwest Georgia Health Care, Inc.
P.O. Box 357
Richland, GA 31825-0357

Superior Court of Telfair County
19 E. Oak Street Suite C
McRae, GA 31055-6400

Telfair County Tax Commissioner
91 Telfair St. Suite G
McRae, GA 31055-4860

The Merchants & Citizens Bank
Attn: Jeff McGhee, Registered Agent
6 College Street
McRae-Helena, GA 31055-3251

(c)UNITED CONSUMER FINANCIAL SERVICE
6 COLLEGE ST
MC RAE GA   31055-3251

United Consumer Financial Service
865 Bassett
Attn: Agent/Officer
Westlake, OH 44145-1194

Michon D. Walker
Arthur L. Walker & Associates, LLC
P. O. Box 64
Sandersville, GA 31082-0064

Wells Fargo Card Service
P.O. Box 14517
Des Moines, IA 50306-3517

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

United Consumer Financial Service
200 College Street
McRae, GA 31055

End of Label Matrix
Mailable recipients   37
Bypassed recipients    0
Total                 37